**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>DARRYL TAYLOR,  )<br>  )<br>   *Defendant*.  )<br>  )<br>  ) | Case No. 1:08-cr-00039-SEB-MJD<br><br>**Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)** |

## EXHIBIT INDEX

| Exhibit Name and Description | Number of Pages |
|---|---|
| **Exhibit A**: Sentence Monitoring Computation Data | 4 pages |
| **Exhibit B**: Inmate Education Data Transcript | 4 pages |
| **Exhibit C**: Letter of Support from Amanda Anderson | 2 pages |
| **Exhibit D**: Letter of Support from Lauren Taylor | 2 pages |
| **Exhibit E**: Amendments to the Sentencing Guidelines | 16 pages |
| **Exhibit F**: Denial Letter from the Warden | 2 pages |
| **Exhibit G**: Inmate History – Work Detail | 2 pages |
| **Exhibit H**: Letter of Support from Jonathan Ockletree | 3 pages |
| **Exhibit I**: Letter of Support from Janea Reaves | 2 pages |
| **Exhibit J**: Letter of Support from Daughter | 2 pages |
| **Exhibit K**: Inmate Discipline Data | 5 pages |
| **Exhibit L**: FSA Recidivism Risk Assessment | 8 pages |

| **Exhibit M**: Male Custody Classification Form | 2 pages |
|---|---|

Dated: March 5, 2024

Respectfully Submitted,

    /s/    *John Gleeson*
John Gleeson (*admitted pro hac vice*)
Ardis Strong (*admitted pro hac vice*)
Nicole Flores (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, NY 10001
(212) 909–6000 (phone)
(212) 909–6836 (fax)
jgleeson@debevoise.com
astrong@debevoise.com
nmflores@debevoise.com

Justin M. Shindo (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave. N.W. – Suite 500
Washington, D.C. 20004
(212) 383-8000 (phone)
(202) 383-8118 (fax)

*Attorneys for Darryl Taylor*