# Exhibit A

```
TOMCX   540*23  *         SENTENCE MONITORING         *   11-20-2023
PAGE 001         *         COMPUTATION DATA            *   11:03:47
                            AS OF 11-20-2023


REGNO..: 08795-028 NAME: TAYLOR, DARRYL


FBI NO...........: 648559TC0            DATE OF BIRTH:            AGE:  37
ARS1.............: TOM/A-DES
UNIT.............: 3 GP                 QUARTERS.....: C01-010U
DETAINERS........: NO                   NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-18-2040

THE INMATE IS PROJECTED FOR RELEASE: 10-18-2040 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: INDIANA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:08CR00039-001
JUDGE...........................: BARKER
DATE SENTENCED/PROBATION IMPOSED: 06-11-2009
DATE COMMITTED..................: 07-27-2009
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $400.00        $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $236.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  540    18:1951 RACKETEER, VIOLENCE
OFF/CHG: 18:1951(A); ARMED ROBBERY AFFECTING INTERSTATE COMMERCE
         CT.1&3

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     24 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 09-30-2007




G0002       MORE PAGES TO FOLLOW . . .
```

```
TOMCX   540*23  *          SENTENCE MONITORING            *     11-20-2023
PAGE 002         *            COMPUTATION DATA            *     11:03:47
                              AS OF 11-20-2023

REGNO..: 08795-028 NAME: TAYLOR, DARRYL


-------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  130      18:924(C) FIREARMS LAWS         FSA INELIGIBLE
OFF/CHG: 18:924(C)(1)(B)(I); BRANDISHING A FIREARM DURING & IN RELATION
         TO A CRIME OF VIOLENCE. CT.2

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 010
 DATE OF OFFENSE................: 09-30-2007

-------------------------CURRENT OBLIGATION NO: 030 --------------------------
OFFENSE CODE....:  130      18:924(C) FIREARMS LAWS         FSA INELIGIBLE
OFF/CHG: 18:924(C)(1)(C)(I); BRANDISHING A FIREARM DURING & IN RELATION
         TO A CRIME OF VIOLENCE. CT.4

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    300 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO OBLG 010 & 020
 DATE OF OFFENSE................: 10-01-2007

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-14-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-20-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030




G0002       MORE PAGES TO FOLLOW . . .
```

```
TOMCX   540*23  *           SENTENCE MONITORING              *    11-20-2023
PAGE 003 OF 003 *             COMPUTATION DATA                *    11:03:47
                              AS OF 11-20-2023

REGNO..: 08795-028 NAME: TAYLOR, DARRYL


DATE COMPUTATION BEGAN..........: 06-11-2009
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    444 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     37 YEARS
AGGREGATED TERM OF SUPERVISION..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 09-30-2007

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-02-2007    10-14-2007
                                    10-17-2007    01-10-2008
                                    02-19-2009    06-10-2009

TOTAL PRIOR CREDIT TIME.........: 211
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1850
TOTAL GCT EARNED................: 662
STATUTORY RELEASE DATE PROJECTED: 10-18-2040
ELDERLY OFFENDER TWO THIRDS DATE: 07-13-2033
EXPIRATION FULL TERM DATE.......: 11-11-2045
TIME SERVED.....................:     15 YEARS        9 DAYS
PERCENTAGE OF FULL TERM SERVED..:   40.6
PERCENT OF STATUTORY TERM SERVED:   47.0

PROJECTED SATISFACTION DATE.....: 10-18-2040
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: COMP UPDTD 09-17-2009 DIS GCT. YS/T
                COMP UPDTD 02-23-2010 DIS GCT. YS/T
                COMP UPDTD 06-24-2010 DIS GCT. YS/T
                COMP UPDTD 08-20-2010 DIS GCT. YS/T
                COMP UPDTD 01-11-2011 DIS GCT. YS/T
                04-14-2020: UPDATED GCT FOR FSA. T/LGG.




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```