# Exhibit B

```
TOMHX           *        INMATE EDUCATION DATA         *      09-10-2023
PAGE 001        *            TRANSCRIPT                *      13:49:45

REGISTER NO: 08795-028    NAME..: TAYLOR                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TOM-THOMSON ADMIN USP

------------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
TOM  ESL HAS    ENGLISH PROFICIENT              08-25-2009 1851 CURRENT
TOM  GED HAS    COMPLETED GED OR HS DIPLOMA     08-25-2009 1851 CURRENT

------------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                     START DATE  STOP DATE EVNT AC LV  HRS
TOM        REC B- CALI, NUTRI, SPORTS      07-30-2023  CURRENT
TOM        ACE MASTERING FUND. MATH SELF   09-05-2023  09-10-2023  P   C  P   12
TOM        ACE ORIGINS OF ANCIENT CIVIL.   08-22-2023  08-26-2023  P   C  P    6
TOM        BEADING 3 HOURS                 07-18-2023  08-24-2023  P   C  P    4
TOM        REC A- EXERCISE, NUTRI, SPORTS  06-20-2023  07-09-2023  P   C  P    2
TOM        EVERY SECOND COUNTS             05-09-2023  05-11-2023  P   C  P    1
TOM        EAT FOR YOUR FUTURE 4 HOURS     05-10-2023  05-10-2023  P   C  P    1
TOM        EAT TO WIN 4 HOURS              05-08-2023  05-08-2023  P   C  P    1
THA        MARC ANTONY ACE - FCI ACE       03-31-2023  04-11-2023  P   C  P    6
THA        HOUSEKEEPING APPRENTICESHIP     03-01-2021  03-02-2022  P   C  A 2150
THA        FCI COLORED PENCIL DRAWING      04-06-2021  05-18-2021  P   C  P    1
THA        ACE POET JOY HARJO CLASS        03-29-2021  04-05-2021  P   C  P    2
THA        ACE BILLIE EILISH CLASS         03-22-2021  03-23-2021  P   C  P    2
THA        ACE MALALA YOUSAFZAI CLASS      03-15-2021  03-16-2021  P   C  P    2
THA        ACE THE GREAT DEPRESSION CLASS  03-08-2021  03-10-2021  P   C  P    2
THA        ACE TENSIONS OVER IMMIGRATION   03-01-2021  03-02-2021  P   C  P    2
THA        ACE THE BOOMING 1920S CLASS     02-22-2021  02-23-2021  P   C  P    2
THA        ACE REVOLUTION IN AGRICULTURE   02-15-2021  02-19-2021  P   C  P    2
THA        ACE HYPERINFLATION CLASS        02-08-2021  02-10-2021  P   C  P    2
THA        ACE THREE POINT DRAWING CLASS   12-21-2020  01-04-2021  P   C  P    2
THA        ACE HORSE FACTS CLASS           01-12-2020  01-12-2020  P   C  P    2
THA        ACE WHY IS PLASTIC HARMFUL      01-04-2020  01-05-2020  P   C  P    2
THA        ACE CASEY AT THE BAT CLASS      12-14-2020  12-15-2020  P   C  P    2
THA        ACE ISAAC NEWTON CLASS          12-07-2020  12-10-2020  P   C  P    2
THA        ACE IMMUNE TROOPS CLASS         11-30-2020  12-08-2020  P   C  P    2
THA        ACE CLASH OF CULTURES CLASS     11-16-2020  11-18-2020  P   C  P    2
THA        ACE HARRIET TUBMAN CLASS        10-26-2020  11-16-2020  P   C  P    2
THA        ACE BILL OF RIGHTS CLASS        11-02-2020  11-16-2020  P   C  P    2
THA        ACE SONG OF WANDERING AENGUS    11-09-2020  11-12-2020  P   C  P    2
THA        ACE CONSTITUTIONAL CONVENTION   10-19-2020  10-22-2020  P   C  P    2
THA        ACE GLACIERS CLASS              10-12-2020  10-16-2020  P   C  P    2
THA        ACE AN ATOM APART CLASS         10-05-2020  10-07-2020  P   C  P    2
THA        ACE THE MAKING OF A PRESIDENT   09-28-2020  09-28-2020  P   C  P    2
THA        ACE THEIR THERE & THEY'RE       09-16-2020  09-16-2020  P   C  P    2
THA        ACE VOLCANOES CLASS             08-31-2020  09-01-2020  P   C  P    2
THA        ACE KENNEDY & THE COLD WAR      08-24-2020  08-31-2020  P   C  P    2
THA        ACE HISTORY OF MOVIES CLASS     08-17-2020  08-25-2020  P   C  P    2
THA        ACE BIOMES & ECOSYSTEMS CLASS   06-19-2020  06-25-2020  P   C  P    2
THA        CAMP ACE MY NAME CLASS          07-27-2020  07-29-2020  P   C  P    2
THA        ACE WHAT YEAR IS IT CLASS       07-20-2020  07-22-2020  P   C  P    2

G0002      MORE PAGES TO FOLLOW . . .
```

```
 TOMHX          *         INMATE EDUCATION DATA        *      09-10-2023
PAGE 002        *              TRANSCRIPT              *      13:49:45

REGISTER NO: 08795-028    NAME..: TAYLOR                 FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TOM-THOMSON ADMIN USP

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
THA         ACE MYSTERY OF THE ANASAZI    07-06-2020  07-10-2020  P   C  P    2
THA         ACE THE PLUMBING PROFESSION   01-30-2020  03-01-2020  P   C  P   12
THA         ACE INTRODUCTION TO SPANISH   01-30-2020  03-01-2020  P   C  P   12
THA         ACE HEALTH IS EVERYWHERE      01-30-2020  03-01-2020  P   C  P   12
THA         ACE ELECTRICAL TRADE          01-30-2020  03-01-2020  P   C  P   12
THA         ACE CUSTOMER SERVICE CLASS    01-30-2020  03-01-2020  P   C  P   12
THA         ACE TIME MANAGEMENT CLASS     12-01-2019  01-30-2020  P   C  P   12
THA         ACE STONESOUP:START A BUSINESS 12-01-2019 01-30-2020  P   C  P   12
THA         ACE SOCIOLOGY CLASS           12-01-2019  01-30-2020  P   C  P   12
THA         ACE RESUME & COVER LETTER     12-01-2019  01-30-2020  P   C  P   12
THA         ACE NUTRITION & SCI RESEARCH  12-01-2019  01-30-2020  P   C  P   12
THA         ACE PRE-ALGEBRA PART TWO      12-01-2019  01-30-2020  P   C  P   12
THA         ACE PRE-ALGEBRA PART ONE      12-01-2019  01-30-2020  P   C  P   12
THA         ACE BASIC MATH: PERCENTS      12-01-2019  01-30-2020  P   C  P   12
THA         ACE MONEY SMART PART 1 (1-5)  12-01-2019  01-30-2020  P   C  P   12
THA         ACE MARKETING CLASS           12-01-2019  01-30-2020  P   C  P   12
THA         ACE JOURNALISM CLASS          12-01-2019  01-30-2020  P   C  P   12
THA         ACE HOSPITALITY MANAGEMENT    12-01-2019  01-30-2020  P   C  P   12
THA         ACE BASIC MATH: FRACTIONS     12-01-2019  01-30-2020  P   C  P   12
THA         ACE FOOD SAFETY CLASS         12-01-2019  01-30-2020  P   C  P   12
THA         ACE BASIC MATH: DECIMALS      12-01-2019  01-30-2020  P   C  P   12
THA         ACE INTRODUCTION TO CARPENTRY 12-01-2019  01-30-2020  P   C  P   12
THA         ACE AESOP'S FABLES CLASS      12-01-2019  01-30-2020  P   C  P   12
THA         RECYCLING APPRENTICESHIP-     01-01-2019  01-01-2020  P   C  A 1150
THA         FCI WALK                      09-30-2019  11-18-2019  P   C  P    1
THA         HEALTH FAIR                   10-08-2019  10-10-2019  P   C  P    1
THA         ACE STONESOUP:START A BUSINESS 04-04-2019 05-09-2019  P   C  P   12
THA         ACE MONEY SMART PART 1 (1-5)  04-04-2019  05-09-2019  P   C  P   12
THA         VT COMPUTER APPS 9:00-10:30 AM 10-24-2017 07-25-2018  P   C  C  120
THA         ACE PSYCHOLOGY                02-13-2018  07-10-2018  P   C  P   12
THA         ACE AFRICAN AMERICAN HISTORY  02-13-2018  07-10-2018  P   C  P   12
THA         HEALTH FAIR                   03-18-2018  03-31-2018  P   C  P    1
THA         ACE CDL                       06-14-2017  08-31-2017  P   C  P   12
THA         OFFICE MAN. APPRENTICESHIP-   08-01-2016  07-01-2017  P   C  A 2150
THA         ACE TIME MANAGEMENT CLASS     06-14-2017  07-05-2017  P   C  P   12
THA         ACE THE PLUMBING PROFESSION   06-28-2017  07-05-2017  P   C  P   12
THA         ACE HOSPITALITY MANAGEMENT    05-24-2017  05-31-2017  P   C  P   12
THA         ACE FOOD SAFETY CLASS         05-11-2017  05-18-2017  P   C  P   12
THA         ACE AESOP'S FABLES CLASS      04-27-2017  05-11-2017  P   C  P   12
THA         ACE ELECTRICAL TRADE          04-27-2017  05-11-2017  P   C  P   12
THA         ACE MARKETING CLASS           04-27-2017  05-11-2017  P   C  P   12
THA         ACE RESUME & COVER LETTER     04-27-2017  05-11-2017  P   C  P   12
THA         ACE NUTRITION & SCI RESEARCH  04-20-2017  04-28-2017  P   C  P   12
THA         ACE INTRODUCTION TO SPANISH   03-31-2017  04-11-2017  P   C  P   12
THA         ACE JOURNALISM CLASS          03-23-2017  04-11-2017  P   C  P   12

G0002       MORE PAGES TO FOLLOW . . .
```

```
TOMHX            *         INMATE EDUCATION DATA          *      09-10-2023
PAGE 003 OF 003 *              TRANSCRIPT                 *      13:49:45

REGISTER NO: 08795-028    NAME..: TAYLOR                  FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: TOM-THOMSON ADMIN USP

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV   HRS
THA        ACE SOCIOLOGY CLASS         03-16-2017  03-31-2017   P   C  P    12
THA        ACE INTRODUCTION TO CARPENTRY 03-16-2017 03-31-2017  P   C  P    12
THA        ACE HEALTH IS EVERYWHERE    02-23-2017  03-16-2017   P   C  P    12
THA        ACE CUSTOMER SERVICE CLASS  02-23-2017  03-16-2017   P   C  P    12
THA        TRAINING REC AIDES/INSTRUCTORS 12-19-2016 12-30-2016 P   C  P     4
THA        ACE FINANCIAL PEACE UNIVERSITY 07-24-2016 10-06-2016 P   C  P    12
THA        FCI PARENTING               05-19-2016  08-15-2016   P   C  P    12
THA        EDUCATION TUTOR APPRENTICESHIP 09-01-2015 06-02-2016 P   C  A  3150
THA        ACE MONEY SMART WEDNESDAY 7PM 01-11-2016 04-20-2016  P   C  P    12
THA        ACE HEALTHY LIVING TUESDAY 7PM 01-11-2016 04-19-2016 P  C  P    12
THA        FCI HEALTHSEMINAR HEART HEALTH 03-31-2016 03-31-2016 P   C  P     1
THA        FCI HEALTHSEMINAR DIABETES  03-31-2016  03-31-2016   P   C  P     1
THA        TRAINING REC AIDES/INSTRUCTORS 03-01-2016 03-06-2016 P   C  P     9
THA        VT COMPUTER APPS 7:30-10:30 AM 08-17-2015 01-29-2016 P   C  C   120
THA        TUTOR TRAINING              10-05-2015  11-03-2015   P   C  P     2
THA        VT COMPUTER 9-10:30AM/M-F   01-05-2015  06-22-2015   P   C  C   120
THA        BASIC BASKETBALL TECHNIQUES 12-08-2014  01-24-2015   P   C  P     2
THA        FCI EDUCATION TUTOR TRAINING 09-01-2014 09-01-2014   P   C  P     2
THA        FCI ACE HEALTHY LIVING PART 1 08-05-2014 10-07-2014  P   C  P    12
THA        FCI HEALTH FAIR 3-24-2014   03-22-2014  03-27-2014   P   C  P     1
THA        AT RISK PROGRAM - HASENOUR  03-09-2014  03-10-2014   P   C  P     2
THA        KEYBOARDING GED 3           09-18-2013  10-16-2013   P   C  P    12
THA        BASIC CERAMICS              07-16-2013  09-23-2013   P   C  P     5
THA        FCI EDUCATION TUTOR TRAINING 09-11-2013 09-11-2013   P   C  P     2
THA        JOB FAIR INFORMATION        07-17-2013  07-17-2013   P   C  P     1
CAA CHG    COMPUTER LITERACY/KEYBOARDING. 04-16-2012 07-02-2012 P   C  P    10
CAA        BASIC CLASS ON READING MUSIC. 04-06-2011 05-05-2011  P   W  V     3
CAA        VOCATIONAL CULINARY PROGRAM. 11-15-2010 02-18-2011   P   C  C   274
CAA        BEGINING CHESS CLASS.       04-07-2010  06-16-2010   P   C  P    20
CAA        INTRO TO WORKING WITH CONCRETE 10-01-2009 12-07-2009 P   C  P     9
CAA        FUNDAMENTALS OF REAL ESTATE. 10-02-2009 10-02-2009   P   C  P    10
CAA        HISTORY OF HIP HOP          10-01-2009  12-08-2009   P   C  P    14
CAA        PERCUSSION CLASS            10-23-2009  12-07-2009   P   C  P    16




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```