# Exhibit C

Your Honor,

I hope this letter finds you well. I am writing to inform the court of the employment status of Mr. Darryl Taylor, who is scheduled for release from prison. My name is Amanda Anderson, and I am the owner of The Mad Griddle, a restaurant located at 2127 E. 10th Street Indianapolis, IN 46201.

Upon careful consideration, I have decided to offer Mr. Taylor an employment opportunity at The Mad Griddle. I believe in providing individuals with a second chance and an opportunity to reintegrate into society. Mr. Taylor has expressed a sincere commitment to turning his life around, and I am willing to support his rehabilitation by providing him with gainful employment.

At The Mad Griddle, we emphasize a supportive and inclusive work environment. We are confident that Mr. Taylor will benefit from the structure and responsibility that employment provides, contributing positively to his reintegration process. Our team is prepared to assist him in his professional development and personal growth.

I understand the importance of ensuring the safety and well-being of our community, and I want to assure the court that we will closely monitor Mr. Taylor's progress and adherence to the conditions of his release. If there are any concerns or requirements from the court regarding his employment, please do not hesitate to inform me.

I appreciate your time and consideration in this matter. If you have any further questions or require additional information, please feel free to contact me at ▮▮▮▮▮▮▮▮.

Thank you for your attention to this important issue.

Sincerely,

Amanda Anderson
Owner, The Mad Griddle