# Exhibit D

Honorable Judge Sarah Evans Barker,

I hope this letter finds you well. My name is Lauren Taylor, and I am writing to respectfully request your consideration for the release of my brother, Darryl Taylor, who has been incarcerated for the past sixteen years.

Our family, deeply rooted in faith, was raised with unwavering principles and morals by our parents. Darryl, the eldest of ten children, has always been the backbone of our close-knit family. In January of 2017, our lives were shattered when we lost our mother. This tragedy made me realize the profound importance of my brother, who, despite his own pain from behind prison walls, selflessly supported and guided us through the grieving process.

Darryl is not only an amazing person but an overachiever and a source of joy with his infectious sense of humor. Even in the confines of prison, he has been an inspiration to my two sons, instilling in them the values of self-belief, respect for others, and the enduring strength of family bonds.

As a single mother, his influence has been immeasurable, teaching my boys that their power lies in believing in themselves and respecting their mother. I am confident that, upon his release, Darryl will abide by strict stipulations and contribute positively to society. He is eager for a second chance at life, to be reunited with his only child, and to once again be an integral part of our family.

I believe Darryl has learned and grown immensely during his time in prison, and I implore you to consider granting him the opportunity for redemption as a mature and responsible man, father, brother, and son. The prospect of reuniting with my brother is the greatest hope in my heart, and I am ready to support him on his journey toward rehabilitation.

I am also writing to inform the court of my willingness to allow Darryl Taylor residence at my home upon Darryl Taylor's release from prison. My address is as follows: [redacted]

I understand and respect the conditions surrounding Darryl Taylor's release, and I assure the court that I will comply with any requirements forth by the court. I kindly request the court's acknowledgment of this arrangement, and I am willing to provide any additional information or documentation required to facilitate this process.

Thank you for your time and consideration.

Sincerely,

Lauren Taylor