# Exhibit F

Taylor, Darryl
08795-028
Unit C

---

### Inmate Request to Staff Member Response

This is in response to your Inmate Request to Staff regarding a Compassionate Release/Reduction in Sentence (RIS) request consideration for a RIS based on a change to the United States Sentencing Commissions guidelines.

After a review of your case, we will not be pursuing a request for compassionate release on your behalf. According to Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and 4205(g)</u>, RIS should be considered under the following criteria: terminal medical condition, debilitated medical condition, "new law" elderly inmates, elderly inmates with medical conditions which includes specific provisions (see P.S. 5050.50), other elderly inmates, and request based on death or incapacitation of the family member caregiver. None of these criteria were listed in your request.

The consideration criteria mentioned in your request was a change in sentencing law and the terms of your sentence. The Bureau of Prisons has no authority to change or modify a sentence in regard to the statutes utilized by the Court to determine your sentence. Likewise, should you wish to contest the legality of your sentence you should address these concerns with the respective court.

In the event you believe you are eligible for a RIS based on one or more of the criteria listed above, you must clearly identify which criteria you are requesting consideration and how you meet the criteria as outlined in Program Statement 5050.50.

Accordingly, this response is for informational purposes only. If you are dissatisfied with this response, you may file an appeal pursuant to Program Statement 1330.18, <u>Administrative Remedy Program</u>, within 20 calendar days of the date of this response.

I trust this addresses your concerns.

1/11/2024
Date

B. Lammer, Warden