# Exhibit G

```
TOMCX  531.01 *                INMATE HISTORY            *      11-20-2023
PAGE 001 OF 001 *                WRK DETAIL              *       11:03:16

 REG NO..: 08795-028 NAME....: TAYLOR, DARRYL
 CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
TOM    COMMSSRY   INSIDE COMMISSARY            04-14-2023 1207 CURRENT
TOM    C-COMMSSRY CAMP COMMISSARY WORKER       04-14-2023 0938 04-14-2023 1207
TOM    A&O COMPLT A&O COMPLETE                 04-13-2023 1430 04-14-2023 0938
TOM    A&O PEND   NEEDS INSTITUTION A&O        04-10-2023 1012 04-13-2023 1430
THA    COMMISSARY COMMISSARY                   09-22-2022 1536 04-10-2023 0441
THA    FS PEN WRK FOOD SERVICE PENDING WORK    09-21-2022 1211 09-22-2022 1536
THA    COMMISSARY COMMISSARY                   03-14-2018 0844 09-21-2022 1211
THA    LIBRARY    EDUCATION DEPT               09-01-2015 0001 03-14-2018 0844
THA    EDUCATION  EDUCATION DEPT               09-13-2013 0001 09-01-2015 0001
THA    ORD M      ORD                          06-13-2013 0001 09-13-2013 0001
THA    A/O COMPLT A/O COMPLT                   09-27-2012 0936 06-13-2013 0001
THA    INST A/O   INST A/O                     09-25-2012 0946 09-27-2012 0936
THA    UNIT A/O   UNIT A/O                     09-24-2012 1354 09-25-2012 0946
OKL    UNASSG     UNASSIGNED HOLDOVER          09-17-2012 1755 09-24-2012 0936
CAA    C2 LAN ORD C2 UNT LAN ORD               11-23-2011 1026 09-17-2012 0830
CAA    CCS GOLD   CCS GOLD SIDE ORD            06-10-2011 0001 11-23-2011 1026
CAA    USP GM1    USP GENERAL MAINT 1          01-26-2011 0001 06-10-2011 0001
CAA    USP UNASSG USP UNASSIGNED               01-25-2011 1437 01-26-2011 0001
CAA    SHU UNASSG SHU UNASSG                   12-24-2010 2123 01-25-2011 1437
CAA    USP GM1    USP GENERAL MAINT 1          10-26-2010 0001 12-24-2010 2123
CAA    USP COOK A USP COOK AM                  09-01-2010 0817 10-26-2010 0001
CAA    USP DIN PM USP DIN PM                   08-20-2010 0001 09-01-2010 0817
CAA    USP UNASSG USP UNASSIGNED               08-18-2010 1959 08-20-2010 0001
CAA    SHU UNASSG SHU UNASSG                   08-05-2010 1739 08-18-2010 1959
CAA    USP COOK A USP COOK AM                  06-28-2010 2027 08-05-2010 1739
CAA    USP DIN PM USP DIN PM                   06-17-2010 1622 06-28-2010 2027
CAA    USP COOK P USP COOK PM                  04-16-2010 0834 06-17-2010 1622
CAA    USP DIN AM USP DIN AM                   03-17-2010 0001 04-16-2010 0834
CAA    USP GM1    USP GENERAL MAINT 1          03-03-2010 0001 03-17-2010 0001
CAA    USP UNASSG USP UNASSIGNED               02-24-2010 1147 03-03-2010 0001
CAA    SHU UNASSG SHU UNASSG                   02-09-2010 1939 02-24-2010 1147
CAA    USP COOK A USP COOK AM                  12-07-2009 0527 02-09-2010 1939
CAA    USP DIN AM USP DIN AM                   10-12-2009 0001 12-07-2009 0527
CAA    USP CCS 2  USP CCS 2                    08-23-2009 0001 10-12-2009 0001
CAA    A&O COMPLT A&O COMPLETE                 08-13-2009 1117 08-23-2009 0001
CAA    USP W A&O  USP W A&O                    07-27-2009 1706 08-13-2009 1117




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```