# Exhibit H

SUBJECT: Character reference for Darryl Taylor

Dear Judge,

My name is Jonathan Lamar Ockletree, and I'm writing this letter on behalf of Darryl Taylor. I was born and raised in Indianapolis, IN and I currently live in
Atlanta Georgia. I work for the city of Atlanta as a maintenance mechanic as well as I own half of a media company(IAMAKING STUDIOS) that curates content developers on a central network. I have known Darryl Taylor Jr for twenty years and feel Compelled to share my perspective on his character.

I'm currently 36 years old. I first met Darryl when I was a young sixteen years old, and I remember at that time that being young men in Indianapolis just trying to figure out life and what it holds for us. When I first heard of his incarceration it tore me up. Knowing that Darryl is a person who cares deeply about his daughter, his family and his goals in life I knew that this would be a very difficult life that he was entering. I hear stories about how prison changes people and even hear the constant horror stories that are told from peer to peer, I was worried about how Darryl would be able to maintain who he was which is a loving, caring, hilarious, and down to earth individual, with whom you can have a very deep intellectual conversation with and make definite plans that improved life based off those conversations. I was entering college at Purdue University when we got the news about his sentencing, I prepared myself to lend him mental support because of the strenuous situation that he was entering. I say this to state today that at this point in my life Darryl had become a person that I could lean on for strength, knowledge, wisdom, integrity even though he is incarcerated and I'm free to live a full complete life, travel the world, hug my kids, kiss my wife, amazingly he has become a person in my life that actually over the years has given me emotional support and wisdom through some of my toughest times as a father and a man. Your Honor, I understand that a serious mistake was made. I truly do. I also believe that during our adolescent years we our brought up around people that may not have the best intentions for us or even the best intentions for themselves. I just know that sometimes we make mistakes and those mistakes we need to own up to, but not for the entirety of our life to where we never can be offered that second chance to prove to ourselves, family and peers that we have immense value that can be added to our communities.

While incarcerated Darryl became a voracious reader and an individual on the search for knowledge. A lot of information he gave me came from a place of complete harmony and truth. He has established meaningful relationships with his child, nieces, nephews, sisters, brothers and many other family members. We are all human and while we are alive on this planet trying to figure out what our lives mean while we are here and what happens to our loved ones when we're gone, in between that time we make mistakes. We make a lot of mistakes. We're never perfect and the crimes placed upon Darryl Taylor does not define who he is as a man. I've made plenty of mistakes and have been blessed to have a second chance to make better decisions, to make better choices. Darryl has been behind bars for much of his adult life for a mistake. We all make mistakes. He had no prior crimes, had finished school, has a daughter that loves him, and I believe that he deserves a second chance for his current commitment to rehabilitation, his commitment to being a good contributing person to society, his commitment to his family and his commitment to bettering himself.

Thank you for considering my perspective in Darryl Taylors character. If you need any other information please do not hesitate to contact me at ▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮

Sincerely,

Jonathan Ockletree