# Exhibit I

To whom it may concern,

I hope this letter finds you well. I am writing to provide a character reference for my cousin, Darryl Taylor, who is currently under your legal representation. I understand the importance of presenting a clear and accurate picture of his character, and I am eager to contribute to his case in any way I can.

I have known Darryl for 35 years and have had the opportunity to witness his growth and development as an individual. Throughout our time together, I have found Darryl to be a person of high moral character, integrity, and a strong sense of responsibility. He has always exhibited kindness, empathy, and a willingness to help those in need. Darryl's dedication to his family, friends, and community is truly commendable.

I believe that Darryl is committed to making positive changes in his life and is actively working towards rehabilitation. He has expressed remorse for his actions and has shown a sincere desire to make amends. His determination to improve himself and seek a better future is evident in his actions and efforts.

Darryl's release, under appropriate conditions, would not only provide him with the opportunity to continue his personal growth but also allow him to contribute positively to society. I trust that he will adhere to any terms set forth by the court and probationary system.

If there is any further information or clarification you require from me, please do not hesitate to contact me. I am more than willing to support Darryl's case in any way possible. Thank you for your time and consideration. I hope that my perspective on Darryl's character can contribute positively to his case.

Sincerely, Janea Reaves