# Exhibit J

Dear Judge,

I hope this letter finds you in good health. I am writing to you today as a 16-year-old, filled with a deep longing to see my father, Darryl Taylor, released from prison. I understand that my father's actions led to his incarceration, and I am not here to excuse or justify those actions. However, I am here to implore you to consider the broader picture of our family's situation and the potential for rehabilitation.

Growing up without my father by my side has been an immense challenge for me. His absence has left a void in my life that cannot be filled by anyone else. I have had to navigate through the crucial years of my adolescence without his guidance, wisdom, and love. I yearn for the opportunity to rebuild the bond I once shared with him, to learn from his experiences, and to have the support of a father as I transition into adulthood.

I believe in my father's capacity to change, to learn from his mistakes, and to become a better person. During his time in prison, he has actively engaged in programs aimed at rehabilitation and self-improvement. I have witnessed the sincerity in his efforts to turn his life around, not only for his sake but also for the sake of our family.

I kindly request that you reconsider the length of my father's sentence and explore alternative options, such as parole or probation, that would allow him to be a part of my life once again. I genuinely believe that his presence would contribute positively to my upbringing and offer him the chance to make amends for his past actions.

I understand that you have a solemn duty to uphold the law and ensure the safety of society. However, I am humbly asking for your compassion and understanding of the profound impact my father's release would have on my life. Please consider the power you hold to reunite a family and grant my father a second chance to be a father to me.

I am willing to testify and support my father's reintegration into society. I promise to do everything in my power to ensure that he continues down the path of rehabilitation and remains a law-abiding citizen.

Thank you for taking the time to read my letter and for considering my heartfelt plea. I trust in your wisdom and hope that you can find it in your heart to give my father the opportunity for a fresh start with our family.

Sincerely,


L█████ H█████