# Exhibit K

```
TOMCX           *          INMATE DISCIPLINE DATA           *      11-20-2023
PAGE 001        *       CHRONOLOGICAL DISCIPLINARY RECORD    *      11:02:25

REGISTER NO: 08795-028 NAME..: TAYLOR, DARRYL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-20-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3409609 - SANCTIONED INCIDENT DATE/TIME: 06-22-2020 1730
UDC HEARING DATE/TIME: 06-24-2020 1215
FACL/UDC/CHAIRPERSON.: THA/2/EDWARDS
APPEAL CASE NUMBER(S): 1034749
REPORT REMARKS.......: I/M STATED LT. DID NOT DO ANY INVESTIGATION BEFORE UDC
                       CODE 306 & 312 ARE EXPUNGED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 90 DAYS / CS
                 FROM: 06-24-2020  THRU: 09-21-2020
        COMP:      LAW:
        LP EMAIL   / 90 DAYS / CS
                 FROM: 06-24-2020  THRU: 09-21-2020
        COMP:      LAW:
        LP PHONE   / 90 DAYS / CS
                 FROM: 06-24-2020  THRU: 09-21-2020
        COMP:      LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3104480 - SANCTIONED INCIDENT DATE/TIME: 03-25-2018 1230
UDC HEARING DATE/TIME: 03-27-2018 1409
FACL/UDC/CHAIRPERSON.: THA/2/KHART
REPORT REMARKS.......: INMATE OFFERED NO COMMENT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP EMAIL   / 15 DAYS / CS
        COMP:      LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2894808 - SANCTIONED INCIDENT DATE/TIME: 09-12-2016 0845
UDC HEARING DATE/TIME: 09-13-2016 0935
FACL/UDC/CHAIRPERSON.: THA/2/WINTERBERG
REPORT REMARKS.......: NO COMMENT FOR UNMADE BED
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP PHONE   / 14 DAYS / CS
        COMP:      LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2104849 - SANCTIONED INCIDENT DATE/TIME: 12-24-2010 2027
DHO HEARING DATE/TIME: 01-06-2011 1200
FACL/CHAIRPERSON.....: CAA/M. RENDA
REPORT REMARKS.......: PADLOCK W/ ATTACHED BELT DISCOVERED IN BEDDING OF CELL
                       OF WHICH I/M WAS SOLE OCCUPANT. NO STATEMENT TO DHO
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P    TO DEMONSTRATE SERIOUSNESS OF ACT
        DS         / 60 DAYS / CS
        COMP:      LAW:    TO DEMONSTRATE SERIOUSNESS OF ACT(EXPIRES 3/6/11)


G0002      MORE PAGES TO FOLLOW . . .
```

```
TOMCX          *        INMATE DISCIPLINE DATA         *      11-20-2023
PAGE 002       *      CHRONOLOGICAL DISCIPLINARY RECORD  *    11:02:25

REGISTER NO: 08795-028 NAME..: TAYLOR, DARRYL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-20-2023

DHO HEARING DATE/TIME: 01-06-2011 1200 REPORT 2104849 CONTINUED
        FF NVGCT   / 14 DAYS / CS
        COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
        LP COMM    / 7 MONTHS / CS
        COMP:    LAW:    EXPIRES 9/16/2011 CS W/ ALL TERMS
        LP OTHER   / 60 DAYS / CS
        COMP:    LAW:    IMPOUND PROPERTY(EXCLUDING RELIGIOUS AND LEGAL
                         MATERIAL)
        LP OTHER   / 7 MONTHS / CS
        COMP:    LAW:    LOSS TRULINCS(EXPIRES 12/18/2011
        LP PHONE   / 7 MONTHS / CS
        COMP:    LAW:    EXPIRES 8/6/11
        LP VISIT   / 7 MONTHS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    TO DETER FURTHER BEHAVIOR
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2073211 - SANCTIONED INCIDENT DATE/TIME: 10-01-2010 1045
DHO HEARING DATE/TIME: 10-20-2010 1305
FACL/CHAIRPERSON.....: CAA/K MANN
REPORT REMARKS.......: I/M ADMITTED TO CODES 305 AND 313.  CODE 219 NOT UPHELD
                       DUE TO EVIDENCE OBTAINED DURING HEARING
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LOSE JOB   / CS
        COMP:    LAW:    I/M TO REASSIGNED IN POSITION OUTSIDE OF FOOD
                         SERVICE
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
        RESTR QTRS / 30 DAYS / CS
        COMP:    LAW:    EXCLUDING MAINLINE, LAW LIBRARY, APV RELIGIOUS
                         AND HEALTH SVC PROGRAMMING
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2050060 - SANCTIONED INCIDENT DATE/TIME: 08-05-2010 1520
DHO HEARING DATE/TIME: 08-16-2010 1415
FACL/CHAIRPERSON.....: CAA/M. RENDA
REPORT REMARKS.......: I/M WAS OBSERVED BY STAFF EXCHANGING CLOSED FIST BLOWS
                       W/ KENDRICK(56785-066). DENIES.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
        DS         / 15 DAYS / CS
        COMP:    LAW:    TO DEMONSTRATE SERIOUSNESS OF ACT(EXPIRES 8/30/10)
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    TO DETER FURTHER BEHAVIOR
        FF NVGCT   / 13 DAYS / CS
        COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
        IMPOUND    / 15 DAYS / CS
        COMP:    LAW:    EXCLUDING RELIGIOUS AND LEGAL MATERIAL


G0002      MORE PAGES TO FOLLOW . . .
```

```
TOMCX          *       INMATE DISCIPLINE DATA        *      11-20-2023
PAGE 003       *     CHRONOLOGICAL DISCIPLINARY RECORD    *     11:02:25

REGISTER NO: 08795-028 NAME..: TAYLOR, DARRYL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-20-2023

DHO HEARING DATE/TIME: 08-16-2010 1415 REPORT 2050060 CONTINUED
     LP COMM    / 6 MONTHS / CS
        COMP:     LAW:    EXPIRES 2/16/2011
     LP OTHER   / 6 MONTHS / CS
        COMP:     LAW:    LOSS TRULINCS (EXPIRES 5/18/2011)
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2024650 - SANCTIONED INCIDENT DATE/TIME: 06-05-2010 1845
DHO HEARING DATE/TIME: 06-21-2010 0830
FACL/CHAIRPERSON.....: CAA/M. RENDA
REPORT REMARKS.......: I/M WAS IN UNAUTH HOUSING UNIT/REFUSED ORDERS TO DEPART
                       (ACKNOWLEDGED BEING IN WRONG HOUSING UNIT/DENIES ORDER)
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
        DIS GCT    / 13 DAYS / CS
        COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:     LAW:    TO DETER FURTHER BEHAVIOR
        LP OTHER   / 4 MONTHS / CS
        COMP:     LAW:    LOSS TRULINCS (EXPIRES 11/18/2010)CS W/ ALL TERMS
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:     LAW:    TO DETER FURTHER BEHAVIOR
        LP OTHER   / 4 MONTHS / CC
        COMP:     LAW:    LOSS TRULINCS (EXPIRES 11/18/2010)CS W/ ALL TERMS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1977064 - SANCTIONED INCIDENT DATE/TIME: 02-09-2010 1910
DHO HEARING DATE/TIME: 02-18-2010 1250
FACL/CHAIRPERSON.....: CAA/M. RENDA
REPORT REMARKS.......: I/M REFUSED TO REMOVE CLOTHING DURING STRIP SEARCH/CALLE
                       D STAFF 'D--K GAUKER' & 'FAGGOT'. ADMITS INSOLENCE.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:     LAW:    TO DETER FURTHER BEHAVIOR
        LP COMM    / 5 MONTHS / CS
        COMP:     LAW:    EXPIRES 7/18/2010
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:010 LAW:P   TO DEMONSTRATE SERIOUSNESS OF ACT
        DS         / 15 DAYS / CS
        COMP:     LAW:    TO DEMONSTRATE SERIOUSENSS OF ACT(EXPIRES 3/4/10)
        IMPOUND    / 15 DAYS / CS
        COMP:     LAW:    EXCLUDING RELIGIOUS AND LEGAL MATERIALS


G0002      MORE PAGES TO FOLLOW . . .
```

```
TOMCX          *       INMATE DISCIPLINE DATA        *      11-20-2023
PAGE 004 OF 004 *    CHRONOLOGICAL DISCIPLINARY RECORD   *      11:02:25

REGISTER NO: 08795-028 NAME..: TAYLOR, DARRYL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-20-2023

DHO HEARING DATE/TIME: 02-18-2010 1250 REPORT 1977064 CONTINUED
        LP OTHER   / 5 MONTHS / CS
          COMP:     LAW:    LOSS TRULINCS (EXPIRES 7/18/2010)
        LP PHONE   / 5 MONTHS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:    TO DETER FURTHER BEHAVIOR
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1914310 - SANCTIONED INCIDENT DATE/TIME: 08-27-2009 2151
DHO HEARING DATE/TIME: 09-16-2009 0800
FACL/CHAIRPERSON.....: CAA/M. RENDA
REPORT REMARKS.......: I/M PERMITTED ANOTHER I/M TO USE HIS ITS ACCOUNT. ADMITS
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P    TO DEMONSTRATE SERIOUSENSS OF ACT
        DS         / 21 DAYS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:    TO DETER FURTHER BEHAVIOR
        LP PHONE   / 4 MONTHS / CS
          COMP:     LAW:    TO DETER FURTHER BEHAVIOR (EXPIRES 1/16/2010)
        LP PHONE   / 4 MONTHS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:    TO DETER FURTHER BEHAVIOR(CLAIMS OTHER I/M HAD TO
                            MAKE EMERGENCY PHONE CALL TO GIRLFRIEND)




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```