# Exhibit L

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**
Register Number:08795-028, Last Name:TAYLOR

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Register Number: 08795-028                  Risk Level Inmate.....: R-LW
Inmate Name                                   General Level.......: R-LW (8)
  Last.........: TAYLOR                        Violent Level.......: R-LW (13)
  First........: DARRYL                     Security Level Inmate: LOW
  Middle.......:                            Security Level Facl..: MEDIUM
  Suffix.......:                            Responsible Facility.: THA
Gender........: MALE                        Start Incarceration..: 06/11/2009

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 36 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 1 | 1 | 2 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 3 | 3 | 3 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | 28 | 0 | 0 |
| Time Since Last Serious Incident Report | 142 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 65 | -12 | -4 |
| Work Programs | 7 | -2 | -2 |
| | Total | 8 | 13 |

Assessment Date: 11/08/2022                          (1)                          Assessment# R-2146948140

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:08795-028, Last Name:TAYLOR

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

```
Register Number: 08795-028              Risk Level Inmate....: R-LW
Inmate Name                               General Level......: R-LW (8)
  Last.........: TAYLOR                   Violent Level......: R-LW (13)
  First........: DARRYL                 Security Level Inmate: LOW
  Middle.......:                        Security Level Facl..: LOW
  Suffix.......:                        Responsible Facility.: TOM
Gender.........: MALE                   Start Incarceration..: 06/11/2009
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 37 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 1 | 1 | 2 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 3 | 3 | 3 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | 34 | 0 | 0 |
| Time Since Last Serious Incident Report | 148 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 66 | -12 | -4 |
| Work Programs | 7 | -2 | -2 |
| | Total | 8 | 13 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 66

General Score: -12, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | CONCRETE | 10/01/2009 14:48 | 10/01/2009 14:48 |
| EDC | REAL EST | 10/02/2009 07:49 | 10/02/2009 07:49 |
| EDC | CL TYPE | 04/16/2012 11:58 | 04/16/2012 11:58 |
| EDC | KEYBGED 3 | 09/18/2013 00:01 | 09/18/2013 00:01 |
| EDC | HLTHY LVG1 | 08/05/2014 14:49 | 08/05/2014 14:49 |
| EDC | TUTORTRAIN | 10/05/2015 12:24 | 10/05/2015 12:24 |
| EDC | HLTHY LVG | 01/11/2016 00:01 | 01/11/2016 00:01 |
| EDC | MONEY SMRT | 01/11/2016 00:01 | 01/11/2016 00:01 |
| EDC | PARENT | 05/19/2016 14:00 | 05/19/2016 14:00 |
| EDC | ACE FPU | 07/24/2016 00:01 | 07/24/2016 00:01 |

FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:08795-028, Last Name:TAYLOR

U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

| | | | |
|---|---|---|---|
| EDC | ACE CDL      | 06/14/2017 17:18 | 06/14/2017 17:18 |
| EDC | AF/AM HIST   | 02/13/2018 00:01 | 02/13/2018 00:01 |
| EDC | PSYCHOLOGY   | 02/13/2018 00:01 | 02/13/2018 00:01 |
| EDC | AESOP FABL   | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | CARPENTRY    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | DECIMALS     | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | FOOD SAFE    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | FRACTIONS    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | HOSP MGT     | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | JOURNALISM   | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | MARKETING    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | MONEY SM 1   | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | PERCENTS     | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | PRE ALG 1    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | PRE ALG 2    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | RESEARCH     | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | RESUME/CL    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | SOCIOLOGY    | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | STONE SOUP   | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | TIME MGT     | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | PLASTIC      | 01/04/2020 08:57 | 01/04/2020 08:57 |
| EDC | HORSE        | 01/12/2020 10:58 | 01/12/2020 10:58 |
| EDC | CUST SERV    | 01/30/2020 00:01 | 01/30/2020 00:01 |
| EDC | ELECTRIC     | 01/30/2020 00:01 | 01/30/2020 00:01 |
| EDC | HEALTH       | 01/30/2020 00:01 | 01/30/2020 00:01 |
| EDC | INTRO SPN    | 01/30/2020 00:01 | 01/30/2020 00:01 |
| EDC | PLUMBING     | 01/30/2020 00:01 | 01/30/2020 00:01 |
| EDC | ECOSYSTEMS   | 06/19/2020 00:01 | 06/19/2020 00:01 |
| EDC | ANASAZI      | 07/06/2020 00:01 | 07/06/2020 00:01 |
| EDC | WHAT YEAR    | 07/20/2020 07:24 | 07/20/2020 07:24 |
| EDC | ACE MYNAME   | 07/27/2020 07:32 | 07/27/2020 07:32 |
| EDC | MOVIE HIST   | 08/17/2020 00:01 | 08/17/2020 00:01 |
| EDC | KENNEDY      | 08/24/2020 00:01 | 08/24/2020 00:01 |
| EDC | VOLCANOES    | 08/31/2020 09:28 | 08/31/2020 09:28 |
| EDC | THEIRTHERE   | 09/16/2020 13:54 | 09/16/2020 13:54 |
| EDC | MAKING OF    | 09/28/2020 07:50 | 09/28/2020 07:50 |
| EDC | ATOMS        | 10/05/2020 13:10 | 10/05/2020 13:10 |
| EDC | GLACIERS     | 10/12/2020 00:01 | 10/12/2020 00:01 |
| EDC | CONST CONV   | 10/19/2020 09:18 | 10/19/2020 09:18 |
| EDC | TUBMAN       | 10/26/2020 08:17 | 10/26/2020 08:17 |

FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:08795-028, Last Name:TAYLOR

U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

```
EDC        BILL OF RT    11/02/2020 13:18   11/02/2020 13:18
EDC        SONG OF       11/09/2020 08:35   11/09/2020 08:35
EDC        CLASH CULT    11/16/2020 09:05   11/16/2020 09:05
EDC        IMMUNE        11/30/2020 09:24   11/30/2020 09:24
EDC        NEWTON        12/07/2020 09:39   12/07/2020 09:39
EDC        CASEY         12/14/2020 11:51   12/14/2020 11:51
EDC        3 POINT       12/21/2020 13:40   12/21/2020 13:40
EDC        HYPERINFL     02/08/2021 06:59   02/08/2021 06:59
EDC        REV IN AG     02/15/2021 00:01   02/15/2021 00:01
EDC        THE 1920S     02/22/2021 09:28   02/22/2021 09:28
EDC        TENSIONS      03/01/2021 09:14   03/01/2021 09:14
EDC        GRT DEPRES    03/08/2021 06:58   03/08/2021 06:58
EDC        MALALA        03/15/2021 07:34   03/15/2021 07:34
EDC        B EILISH      03/22/2021 07:32   03/22/2021 07:32
EDC        POET HARJO    03/29/2021 07:45   03/29/2021 07:45
EDC        ANTONY        03/31/2023 13:28   03/31/2023 13:28
```
-------------------------------------------------------------------

Item: Work Programs, Value: 7
General Score: -2, Violent Score: -2
Risk Item Data
```
  Category  - Assignment - Start             - Stop
  EDC         CULINARY     11/15/2010 07:30    11/15/2010 07:30
  EDC         COMP AM 2    01/05/2015 09:00    01/05/2015 09:00
  EDC         FCI TUTOAP   09/01/2015 00:01    09/01/2015 00:01
  EDC         FCI OFFMAP   08/01/2016 00:01    08/01/2016 00:01
  EDC         COMP AM      10/24/2017 09:00    10/24/2017 09:00
  EDC         FCI RECYAP   01/01/2019 08:17    01/01/2019 08:17
  EDC         APHOUSKEEP   03/01/2021 00:01    03/01/2021 00:01
```

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number: 08795-028, Last Name: TAYLOR

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 08795-028<br>Inmate Name<br>  Last.........: TAYLOR<br>  First........: DARRYL<br>  Middle.......:<br>  Suffix.......:<br>Gender.........: MALE | Risk Level Inmate....: R-LW<br>  General Level......: R-LW (8)<br>  Violent Level......: R-LW (13)<br>Security Level Inmate: LOW<br>Security Level Facl..: LOW<br>Responsible Facility.: TOM<br>Start Incarceration..: 06/11/2009 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 66
General Score: -12, Violent Score: -4
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | CONCRETE | 10/01/2009 14:48 | 10/01/2009 14:48 |
| EDC | REAL EST | 10/02/2009 07:49 | 10/02/2009 07:49 |
| EDC | CL TYPE | 04/16/2012 11:58 | 04/16/2012 11:58 |
| EDC | KEYBGED 3 | 09/18/2013 00:01 | 09/18/2013 00:01 |
| EDC | HLTHY LVG1 | 08/05/2014 14:49 | 08/05/2014 14:49 |
| EDC | TUTORTRAIN | 10/05/2015 12:24 | 10/05/2015 12:24 |
| EDC | HLTHY LVG | 01/11/2016 00:01 | 01/11/2016 00:01 |
| EDC | MONEY SMRT | 01/11/2016 00:01 | 01/11/2016 00:01 |
| EDC | PARENT | 05/19/2016 14:00 | 05/19/2016 14:00 |
| EDC | ACE FPU | 07/24/2016 00:01 | 07/24/2016 00:01 |
| EDC | ACE CDL | 06/14/2017 17:18 | 06/14/2017 17:18 |
| EDC | AF/AM HIST | 02/13/2018 00:01 | 02/13/2018 00:01 |
| EDC | PSYCHOLOGY | 02/13/2018 00:01 | 02/13/2018 00:01 |
| EDC | AESOP FABL | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | CARPENTRY | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | DECIMALS | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | FOOD SAFE | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | FRACTIONS | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | HOSP MGT | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | JOURNALISM | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | MARKETING | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | MONEY SM 1 | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | PERCENTS | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | PRE ALG 1 | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | PRE ALG 2 | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | RESEARCH | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | RESUME/CL | 12/01/2019 00:01 | 12/01/2019 00:01 |
| EDC | SOCIOLOGY | 12/01/2019 00:01 | 12/01/2019 00:01 |

Assessment Date: 05/03/2023        (1)        Assessment# R-2146759024

```
                    FSA Recidivism Risk Assessment (PATTERN 01.03.00)
                            Register Number:08795-028, Last Name:TAYLOR
U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS


    EDC         STONE SOUP      12/01/2019 00:01    12/01/2019 00:01
    EDC         TIME MGT        12/01/2019 00:01    12/01/2019 00:01
    EDC         PLASTIC         01/04/2020 08:57    01/04/2020 08:57
    EDC         HORSE           01/12/2020 10:58    01/12/2020 10:58
    EDC         CUST SERV       01/30/2020 00:01    01/30/2020 00:01
    EDC         ELECTRIC        01/30/2020 00:01    01/30/2020 00:01
    EDC         HEALTH          01/30/2020 00:01    01/30/2020 00:01
    EDC         INTRO SPN       01/30/2020 00:01    01/30/2020 00:01
    EDC         PLUMBING        01/30/2020 00:01    01/30/2020 00:01
    EDC         ECOSYSTEMS      06/19/2020 00:01    06/19/2020 00:01
    EDC         ANASAZI         07/06/2020 00:01    07/06/2020 00:01
    EDC         WHAT YEAR       07/20/2020 07:24    07/20/2020 07:24
    EDC         ACE MYNAME      07/27/2020 07:32    07/27/2020 07:32
    EDC         MOVIE HIST      08/17/2020 00:01    08/17/2020 00:01
    EDC         KENNEDY         08/24/2020 00:01    08/24/2020 00:01
    EDC         VOLCANOES       08/31/2020 09:28    08/31/2020 09:28
    EDC         THEIRTHERE      09/16/2020 13:54    09/16/2020 13:54
    EDC         MAKING OF       09/28/2020 07:50    09/28/2020 07:50
    EDC         ATOMS           10/05/2020 13:10    10/05/2020 13:10
    EDC         GLACIERS        10/12/2020 00:01    10/12/2020 00:01
    EDC         CONST CONV      10/19/2020 09:18    10/19/2020 09:18
    EDC         TUBMAN          10/26/2020 08:17    10/26/2020 08:17
    EDC         BILL OF RT      11/02/2020 13:18    11/02/2020 13:18
    EDC         SONG OF         11/09/2020 08:35    11/09/2020 08:35
    EDC         CLASH CULT      11/16/2020 09:05    11/16/2020 09:05
    EDC         IMMUNE          11/30/2020 09:24    11/30/2020 09:24
    EDC         NEWTON          12/07/2020 09:39    12/07/2020 09:39
    EDC         CASEY           12/14/2020 11:51    12/14/2020 11:51
    EDC         3 POINT         12/21/2020 13:40    12/21/2020 13:40
    EDC         HYPERINFL       02/08/2021 06:59    02/08/2021 06:59
    EDC         REV IN AG       02/15/2021 00:01    02/15/2021 00:01
    EDC         THE 1920S       02/22/2021 09:28    02/22/2021 09:28
    EDC         TENSIONS        03/01/2021 09:14    03/01/2021 09:14
    EDC         GRT DEPRES      03/08/2021 06:58    03/08/2021 06:58
    EDC         MALALA          03/15/2021 07:34    03/15/2021 07:34
    EDC         B EILISH        03/22/2021 07:32    03/22/2021 07:32
    EDC         POET HARJO      03/29/2021 07:45    03/29/2021 07:45
    EDC         ANTONY          03/31/2023 13:28    03/31/2023 13:28
-----------------------------------------------------------------------------
Item: Work Programs, Value: 7
General Score: -2, Violent Score: -2
Risk Item Data
   Category - Assignment - Start            - Stop
    EDC         CULINARY        11/15/2010 07:30    11/15/2010 07:30
```

Assessment Date: 05/03/2023                      (2)                   Assessment# R-2146759024

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:08795-028, Last Name:TAYLOR

| U.S. DEPARTMENT OF JUSTICE | | | | FEDERAL BUREAU OF PRISONS |
|---|---|---|---|---|
| EDC | COMP AM 2   | 01/05/2015 09:00 | 01/05/2015 09:00 | |
| EDC | FCI TUTOAP  | 09/01/2015 00:01 | 09/01/2015 00:01 | |
| EDC | FCI OFFMAP  | 08/01/2016 00:01 | 08/01/2016 00:01 | |
| EDC | COMP AM     | 10/24/2017 09:00 | 10/24/2017 09:00 | |
| EDC | FCI RECYAP  | 01/01/2019 08:17 | 01/01/2019 08:17 | |
| EDC | APHOUSKEEP  | 03/01/2021 00:01 | 03/01/2021 00:01 | |