# Exhibit M

```
TOMEW   606.00  *      MALE CUSTODY CLASSIFICATION FORM       *     04-28-2023
PAGE 001 OF 001                                                     13:19:48
                           (A) IDENTIFYING DATA
REG NO..: 08795-028           FORM DATE: 03-16-2023        ORG: DSC
NAME....: TAYLOR, DARRYL
                                    MGTV: NONE
PUB SFTY: GRT SVRTY,SENT LGTH       MVED:
                            (B) BASE SCORING
DETAINER: (0) NONE                SEVERITY.......: (7) GREATEST
MOS REL.: 211                     CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE                VIOLENCE.......: (1) > 10 YRS MINOR
VOL SURR: (0) N/A                 AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%      PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD        TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE        FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV  MGMT SEC LEVEL   CUSTODY   CONSIDER
+10  +20    -4          +6         LOW           N/A            IN      DECREASE


G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```